IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE CO. and PROGRESSIVE DLP CORP., : : : : Plaintiff, : : v. : : DRIVE TRADEMARK HOLDINGS LP and SANTANDER CONSUMER USA, INC., : : : : : Defendant. : | C.A. No. 09-902-LPS-MPT |

## ORDER

WHEREAS, Magistrate Judge Thynge issued a Report and Recommendation (D.I. 68) dated July 21, 2010, concerning a Motion To Dismiss Counts III And IV Of The Complaint filed by Defendants Drive Trademark Holdings, LP and Santander Consumer USA Inc. (D.I. 11);

WHEREAS, the Report recommends Defendants' Motion To Dismiss be denied;

WHEREAS, any Objections to the Report and Recommendation were to be filed by August 9, 2010;

WHEREAS, neither party filed any Objections to the Report and Recommendation;

WHEREAS, the Court concludes that the Report and Recommendation should be adopted for the reasons stated by Magistrate Judge Thynge in her Report and Recommendation (D.I. 68);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Report and Recommendation (D.I. 68) is **ADOPTED**;

2.      Defendants' Motion To Dismiss (D.I. 11) is **DENIED**.

Dated: September 10, 2010

_____
The Honorable Leonard P. Stark
UNITED STATES DISTRICT JUDGE